## 21539. JORDAN, *alias* PORTER, *v.* THE STATE.

BROYLES, C. J. The evidence connecting the accused with the offense charged was wholly circumstantial and did not exclude every reasonable hypothesis save that of her guilt. It follows that the verdict in favor of the State was not authorized, and that the court erred in refusing to grant a new trial.

*Judgment reversed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JUNE 19, 1931.

*W. V. Custer & Son,* for plaintiff in error.

*F. E. Strickland, solicitor,* contra.